■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v LARRY BAPTISTE, Appellant. [17 NYS3d 881]—Application by the appellant for a writ of error coram nobis to vacate, on the ground of ineffective assistance of appellate counsel, a decision and order of this Court dated October 2, 2000 (People v Baptiste, 276 AD2d 494 [2000]), affirming a judgment of the County Court, Rockland County, rendered September 29, 1998.

Ordered that the application is denied.

The appellant has failed to establish that he was denied the

effective assistance of appellate counsel (*see Jones v Barnes*, 463 US 745 [1983]; *People v Stultz*, 2 NY3d 277 [2004]). Hall, J.P., Sgroi, Hinds-Radix and Maltese, JJ., concur.